IN THE UNITED STATES BANKRYPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>IGNITE RESTAURANT GROUP, INC., et al,<br><br>*Debtors* | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No.  17-33550 (DRJ) |
| DRIVETRAIN, LLC as Trustee of the Ignite Restaurant Group GUC Trust,<br><br>*Plaintiff*<br><br>v.<br><br>NET STAR TELECOMMUNICATIONS, INC.,<br><br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary Proceeding<br>No. 19-03520 |

**DEFENDANT'S DISCLOSURE STATEMENT**

Net Star Telecommunications, Inc., Defendant makes this its Disclosure Statement pursuant to Rule 7.1 FRCP identifying any parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

        Alpheus Communications, LLC

        Alpheus Holdings, LLC

        Logix Holding Company, LLC

Dated: July 8, 2019

                        Respectfully submitted,

                        /s/ Walter A. Boyd, III\_\_\_
                        WALTER A. BOYD, III
                        Texas Bar: 02778985
                        SDFedID: 6871
                        4102 Bellaire Blvd.
                        Houston, TX 77025
                        (713) 869-1200
                        (713) 583-4647 facsimile
                        wb3@walterboyd.com

                        ATTORNEY FOR NET STAR
                        TELECOMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

      The foregoing was served on all counsel and parties requesting notice through the electronic filing system of the Bankruptcy Clerk of the Southern District of Texas (CM/ECF) on this the 8th day of July, 2019.

                        /s/ Walter A. Boyd, III\_\_\_
                        WALTER A. BOYD, III